No. **CR-08 00376 RMW PVT**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

FILED
2008 JUN -4
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

---

### THE UNITED STATES OF AMERICA

vs.

**LEONARDO FERNANDEZ-RAMOS**

---

## INDICTMENT

**COUNT ONE**: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

---

*A true bill.*

_____
Foreperson

---

*Filed in open court this* __4__ *day of* __June__

*A.D. 2008*

_____
UNITED STATES MAGISTRATE JUDGE

---

*Bail.* $ __No Bail Warrant.__

DOCUMENT NO. 3    CSA's INITIALS
DISTRICT COURT
CRIMINAL CASE PROCESSING

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**

VENUE: **SAN JOSE**

FILED

2008 JUN -4 P 1:43

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES OF AMERICA

V.

DEFENDANT.

## INDICTMENT

CR - 08  00376   RMW   PVT

A true bill.

_____
                                    Foreman

Filed in open court this ___4___ day of June,
2008

_____
                                    Clerk

Bail, $_____

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2008 JUN -4  P 1: 43

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,            )   CR No. 08 00376 RMW PVT
         Plaintiff,                  )
                                     )   VIOLATION: 8 U.S.C. § 1326 –
    v.                               )   Illegal Re-Entry Following Deportation
                                     )
LEONARDO FERNANDEZ-RAMOS,             )
                                     )
         Defendant.                  )   SAN JOSE VENUE
                                     )

## INDICTMENT

The Grand Jury charges:

On or about March 11, 2008, the defendant

LEONARDO FERNANDEZ-RAMOS,

an alien, previously having been arrested and deported from the United States on or about January 23, 1997, July 11, 2006, and August 22, 2006 was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security

//

//

//

INDICTMENT

1  not having expressly consented to a re-application by the defendant for admission into the United
2  States, in violation of Title 8, United States Code, Section 1326.
3
4
5  DATED: 6/4/08                                              A TRUE BILL.
6
7                                                             _____
8                                                             FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney


_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office


(Approved as to form: _____)
                      AUSA JEFFREY B. SCHENK

INDICTMENT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

*E-FILING*

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

**DEFENDANT - U.S.**

▶ LEONARDO FERNANDEZ-RAMOS

DISTRICT COURT NUMBER
CR-08-00376

FILED
2008 JUN -4 P 1:43
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

RMW
PVT

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.
08-70167 RS

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned) JEFFREY B. SCHENK

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: