1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GRANT P. FONDO (CABN 181530)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5035
7      FAX: (408) 535-5035

8  Attorneys for Plaintiff

**FILED**

APR 1 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,           )   No. CR 08-00376 RMW
14                                     )
          Plaintiff,                   )   STIPULATION AND [PROPOSED]
15     v.                              )   ORDER EXCLUDING TIME FROM
                                       )   MARCH 20, 2009 THROUGH APRIL 13,
16 LEONARDO FERNANDEZ-RAMOS,           )   2009 FROM THE SPEEDY TRIAL ACT
                                       )   CALCULATION (18 U.S.C. §
17        Defendant.                   )   3161(h)(8)(A), (B))
                                       )
18

19     On March 20, 2009 the parties appeared for a status hearing before the Court. At that time,

20 based upon the request of counsel for defendant and with the agreement of the government, the

21 court set the matter for a status hearing before the Honorable Ronald W. Whyte; the parties

22 agreed on April 13, 2009, at 9:00 a.m. As the Court was advised, counsel for the defendant

23 continues to investigate the case and review discovery. All parties stipulated to an exclusion of

24 time through April 6, 2009 under the Speedy Trial Act to allow counsel for the defendant

25 reasonable time for effective preparation.

26     The government hereby submits this written request for an order finding that said time is

27 excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by

28 taking such action and outweigh the best interests of the public and defendants in a speedy trial.

1  18 U.S.C. § 3161(h)(8)(A).  The failure to grant such a continuance would unreasonably deny
2  counsel for defendant reasonable time necessary for effective preparation, taking into account the
3  exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

5  DATED: April 3, 2009                          JOSEPH P. RUSSONIELLO
                                                 United States Attorney

                                                 _____/S/_____
8                                                GRANT P. FONDO
                                                 Assistant United States Attorney

                                                 _____/S/_____
                                                 MANUAL ARAUJO
11                                               Counsel for Defendant

12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

*US v. Fernandez-Ramos*, CR 08-00376 RMW
Stipulation and [Proposed] Order re Excluding Time

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between March 16, 2009 and April 13, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 4/15/09

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

*US v. Fernandez-Ramos*, CR 08-00376 RMW
Stipulation and [Proposed] Order re Excluding Time